In the Matter of the Petition of CHARLES R. PURDY et al.,
Executors, etc., Appellants, *v.* ORLANDO L. STEWART, an
Attorney, etc., Respondent.

(Argued October 20, 1885 ; decided October 30, 1885.)

*J. S. Millard* for appellant.

*Orlando L. Stewart,* respondent, in person.

Agree to affirm ; no opinion.
All concur.
Order affirmed.